UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN M. EARLE and JOHNNY CUPCAKES, INC.,

Plaintiff,

-v-

ADJMI APPAREL, RUN ATHLETICS INTERNATIONAL, and PASTRY,

Defendant.

Case No. 1:08-cv-07341-JFK
ECF CASE

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

JOHN M. EARLE and JOHNNY CUPCAKES, INC.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: Aug 18, 2008

Signature of Attorney

Attorney Bar Code: AM1973